Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEI-JUI LIN, DAVID PETERSON, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KENNEWICK, an individual; RICHARD KENNEWICK, an individual; ROBERT KENNEWICK, an individual; ARNOLD GIA-SHUH JANG, an individual; TODD KENCK, an individual; and VOICEBOX TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Defendants. | No. 2:20-cv-01029-RSL<br><br>STIPULATION AND ORDER RE AMENDED INITIAL SCHEDULING DEADLINES<br><br>**[CLERK'S ACTION REQUIRED]** |

## I. STIPULATION

Plaintiffs David Peterson and Mei-Jui Lin and Defendants Michael Kennewick, Richard Kennewick, Robert Kennewick, Arnold Gia-Shuh Jang, and Todd Kenck, being the parties who have appeared in this litigation to date, by and through their respective undersigned attorneys of record, hereby stipulate and request that the early case management deadlines in this litigation be extended by three weeks each such that the revised deadlines will be:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | August 14, 2020 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | August 21, 2020 |

STIPULATION AND ORDER RE AM.
INITIAL SCHEDULING DEADLINES
(Cause No. 2:20-cv-01029-RSL) – Page 1

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

| | |
|---|---|
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f): | August 28, 2020 |

Plaintiffs are still in the process of serving and securing the appearance of Defendant Voicebox Technologies. The above-referenced extension will allow additional time to secure the attendance and participation of Voicebox in the early case management conference and disclosures. If Voicebox has not appeared before any revised deadline, the undersigned parties agree to jointly update the Court at that time.

DATED this 29th day of July, 2020.

    McNAUL EBEL NAWROT & HELGREN PLLC

    By: s/ Curtis C. Isacke
        Gregory J. Hollon, WSBA No. 26311
        Curtis C. Isacke, WSBA No. 49303
        600 University Street, Suite 2700
        Seattle, Washington 98101
        Phone: (206) 467-1816
        Fax: (206) 624-5128
        Email: ghollon@mcnaul.com
              cisacke@mcnaul.com
    *Attorneys for Plaintiff*

DATED this 29th day of July, 2020.

    BETTS PATTERSON MINES, P.S.

    By: s/ Anne Cohen
        Anne Cohen, WSBA No. 41183
        701 Pike Street, Suite 1400
        Seattle, Washington 98101
        Phone: (206) 292-9988
        Fax: (206) 343-7053
        Email: acohen@bpmlaw.com
    *Attorneys for Defendants Michael Kennewick, Richard Kennewick, Robert Kennewick, Arnold Gia-Shuh Jang, and Todd Kenck*

STIPULATION AND ORDER RE AM. INITIAL SCHEDULING DEADLINES (Cause No. 2:20-cv-01029-RSL) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## II. ORDER

THIS MATTER having come before the undersigned Judge of the above-titled Court pursuant to the foregoing Stipulation, and the Court being fully advised; NOW, THEREFORE:

IT IS SO ORDERED.

STIPULATED this 30th day of July, 2020.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Curtis C. Isacke
    Gregory J. Hollon, WSBA No. 26311
    Curtis C. Isacke, WSBA No. 49303
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax:   (206) 624-5128
    Email: ghollon@mcnaul.com
           cisacke@mcnaul.com
    *Attorneys for Plaintiff*

BETTS PATTERSON MINES, P.S.

By: s/ Anne Cohen
    Anne Cohen, WSBA No. 41183
    701 Pike Street, Suite 1400
    Seattle, Washington 98101
    Phone: (206) 292-9988
    Fax:   (206) 343-7053
    Email: acohen@bpmlaw.com
    *Attorneys for Defendants Michael Kennewick,
    Richard Kennewick, Robert Kennewick,
    Arnold Gia-Shuh Jang, and Todd Kenck*

STIPULATION AND ORDER RE AM.
INITIAL SCHEDULING DEADLINES
(Cause No. 2:20-cv-01029-RSL) – Page 3

LAW OFFICES OF
McNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

3965-001 jg27dk27qb.002 2020-07-29