Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEI-JUI LIN, DAVID PETERSON, for
themselves and others similarly situated,

No. 2:20-cv-01029-RSL

                   Plaintiffs,

STIPULATION AND ORDER RE
AMENDED INITIAL SCHEDULING
DEADLINES

v.

**[CLERK'S ACTION REQUIRED]**

MICHAEL KENNEWICK, an individual;
RICHARD KENNEWICK, an
individual; ROBERT KENNEWICK, an individual;
ARNOLD GIA-SHUH JANG, an
individual; TODD KENCK, an individual;
and VOICEBOX TECHNOLOGIES
CORPORATION, a Delaware corporation,

                   Defendants.

## I. STIPULATION

Plaintiffs David Peterson and Mei-Jui Lin and Defendants Michael Kennewick,

Richard Kennewick, Robert Kennewick, Arnold Gia-Shuh Jang, and Todd Kenck, being

the parties who have appeared in this litigation to date, by and through their respective

undersigned attorneys of record, hereby stipulate and request that the early case

management deadlines in this litigation be extended by three weeks each such that the

revised deadlines will be:

Deadline for FRCP 26(f) Conference:      September 4, 2020

Initial Disclosures Pursuant to FRCP 26(a)(1):    September 11, 2020

LAW OFFICES OF
McNaul Ebel Nawrot & Helgren pllc
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

1

Combined Joint Status Report and Discovery Plan
as Required by FRCP 26(f) and LCR 26(f):                September 18, 2020

2

Plaintiffs have served Defendant Voicebox Technologies, *see* ECF Nos. 13-14, and made

3

inquiries into Defendant's appearance. The above-referenced extension will allow several

4

days past the deadline for Defendant Voicebox Technologies to appear in this litigation

5

and should allow for it to appear in early case management conference and disclosures

6

without the need for additional extension of time. If Voicebox has not appeared before any

7

revised deadline, the undersigned parties agree to jointly update the Court at that time.

8

DATED this 18th day of August, 2020.

9

10

McNAUL EBEL NAWROT & HELGREN PLLC

11

By:  s/  Curtis C. Isacke
            Gregory J. Hollon, WSBA No. 26311

12

Curtis C. Isacke, WSBA No. 49303
600 University Street, Suite 2700

13

Seattle, Washington 98101
Phone:  (206) 467-1816

14

Fax:      (206) 624-5128
Email:   ghollon@mcnaul.com

15

cisacke@mcnaul.com
*Attorneys for Plaintiff*

16

17

DATED this 18th day of August, 2020.

18

BETTS PATTERSON MINES, P.S.

19

By:  s/  Anne Cohen
            Anne Cohen, WSBA No. 41183

20

701 Pike Street, Suite 1400
Seattle, Washington 98101

21

Phone:  (206) 292-9988
Fax:      (206) 343-7053

22

Email:   acohen@bpmlaw.com
*Attorneys for Defendants Michael Kennewick,*

23

*Richard Kennewick, Robert Kennewick, Arnold*
*Gia-Shuh Jang, and Todd Kenck*

24

25

26

STIPULATION AND ORDER RE AM.
INITIAL SCHEDULING DEADLINES
(Cause No. 2:20-cv-01029-RSL) – Page 2

**II. ORDER**

THIS MATTER having come before the undersigned Judge of the above-titled

Court pursuant to the foregoing Stipulation, and the Court being fully advised; NOW,

THEREFORE:

IT IS SO ORDERED.

STIPULATED this ___19th___ day of August, 2020.

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE


McNAUL EBEL NAWROT & HELGREN PLLC

By: _s/ Curtis C. Isacke_____
    Gregory J. Hollon, WSBA No. 26311
    Curtis C. Isacke, WSBA No. 49303
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax:    (206) 624-5128
    Email: ghollon@mcnaul.com
           cisacke@mcnaul.com
    *Attorneys for Plaintiff*


BETTS PATTERSON MINES, P.S.

By: _s/ Anne Cohen_____
    Anne Cohen, WSBA No. 41183
    701 Pike Street, Suite 1400
    Seattle, Washington 98101
    Phone: (206) 292-9988
    Fax:    (206) 343-7053
    Email: acohen@bpmlaw.com
    *Attorneys for Defendants Michael Kennewick,*
    *Richard Kennewick, Robert Kennewick,*
    *Arnold Gia-Shuh Jang, and Todd Kenck*


STIPULATION AND ORDER RE AM.
INITIAL SCHEDULING DEADLINES
(Cause No. 2:20-cv-01029-RSL) – Page 3