THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MEI-JUI LIN, DAVID PETERSON, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL KENNEWICK, an individual; RICHARD KENNEWICK, an individual; ROBERT KENNEWICK, an individual; ARNOLD GIA-SHUH JANG, an individual; and VOICEBOX TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>Defendants. | Case No. 2:20-cv-01029-RSL<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT VOICEBOX TECHNOLOGIES CORPORATION'S TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO SECOND AMENDED COMPLAINT |

Pursuant to Fed. R. Civ. P. 6(b), plaintiffs MEI-JUI LIN and DAVID PETERSON ("Plaintiffs"), and defendant VOICEBOX TECHNOLOGIES CORPORATION, ("Voicebox" or "Defendant"), through their undersigned counsel, respectfully submit this Stipulation and Proposed Order:

## I.   STIPULATION

1. This is a putative class action brought by Plaintiffs against Defendant and others asserting claims for breach of fiduciary duties and violation of the Washington State Securities Act and seeking various forms of relief.

2. On or about July 1, 2020, defendants Michael Kennewick, Richard Kennewick, and Robert Kennewick filed their Notice of Removal.

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT - 1
Case No. 2:20-cv-01029-RSL

999999.0040/8176052.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. On or about July 30, 2020, the court granted the stipulation and order re amended Initial Scheduling Deadlines entered into between Plaintiffs and Defendants Michael Kennewick, Richard Kennewick, Robert Kennewick, Arnold Gia-Shuh Jang, and Todd Kenck, being the parties who have appeared in the litigation to date. The stipulation acknowledged that "Plaintiffs are still in the process of serving and securing the appearance of Defendant Voicebox Technologies." Dkt. No. 6.

4. On or about August 7, 2020, Plaintiffs filed a Praecipe to Issue Summons upon Defendant Voicebox (Dkt. No. 11) and this Court issued an electronic summons (Dkt. No. 12).

5. Voicebox's counsel has requested (and Plaintiffs' counsel agreed to) an extension of the current responsive pleading deadline up to and including September 14, 2020. Voicebox's counsel has agreed not to challenge the propriety or adequacy of service.

6. No party will be prejudiced by the stipulated-to extension of time.

7. This is the first extension of the responsive pleading deadline sought by Defendant Voicebox.

It is, therefore, STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and Defendant Voicebox in the above-entitled action, that Defendants shall have up to and including September 14, 2020, to answer or otherwise plead in response to the Second Amended Complaint in this action.

//

//

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT - 2
Case No. 2:20-cv-01029-RSL
999999.0040/8176052.2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

DATED: August 31, 2020

| McNAUL EBEL NAWROT & HELGREN, PLLC | LANE POWELL PC |
|---|---|
| s/ Curtis C. Isacke | s/ John S. Devlin |
| Gregory J. Hollon, WSBA No. 26311<br>Curtis C. Isacke, WSBA No. 49303<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>Tel.: (206) 467-1816<br>Fax: (206) 624-5128<br>ghollon@mcnaul.com<br>cisacke@mcnaul.com | John S. Devlin III, WSBA No. 23988<br>Joseph D. Adamson, WSBA No. 54752<br>1420 Fifth Ave., Suite 4200<br>Seattle, WA 98101<br>Tel.: 206.223.7000<br>Fax: 206.223.7107<br>devlinj@lanepowell.com<br>adamsonj@lanepowell.com |
| *Attorneys for Plaintiffs Mei-Jui Lin and David Peterson* | GOODWIN PROCTER, LLP<br><br>Alexis S. Coll-Very (pro hac vice forthcoming)<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel. 650-752-3100<br>ACollVery@goodwinlaw.com<br><br>Hayes P. Hyde (pro hac vice forthcoming)<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel. 415-733-6000<br>HHyde@goodwinlaw.com<br><br>*Attorneys for Defendant Voicebox Technologies Corporation* |

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO
RESPOND TO SECOND AMENDED COMPLAINT - 3
Case No. 2:20-cv-01029-RSL

999999.0040/8176052.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## II. ORDER

This matter having come before the Court on the Stipulation and joint request of the Parties and good cause having been shown, IT IS SO ORDERED that Defendant Voicebox Technologies Corporation shall have up to and including September 14, 2020, to answer or otherwise plead in response to the Second Amended Complaint in this action.

DATED: _September 1_, 2020

_____
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

| McNAUL EBEL NAWROT & HELGREN, PLLC | LANE POWELL PC |
|---|---|
| *s/ Curtis C. Isacke* | *s/ John S. Devlin* |
| Gregory J. Hollon, WSBA No. 26311<br>Curtis C. Isacke, WSBA No. 49303<br>600 University Street, Suite 2700<br>Seattle, WA 98101<br>Tel.: (206) 467-1816<br>Fax: (206) 624-5128<br>ghollon@mcnaul.com<br>cisacke@mcnaul.com | John S. Devlin III, WSBA No. 23988<br>Joseph D. Adamson, WSBA No. 54752<br>1420 Fifth Ave., Suite 4200<br>Seattle, WA 98101<br>Tel.: 206.223.7000<br>Fax: 206.223.7107<br>devlinj@lanepowell.com<br>adamsonj@lanepowell.com |
| *Attorneys for Plaintiffs Mei-Jui Lin and David Peterson* | GOODWIN PROCTER, LLP<br><br>Alexis S. Coll-Very (pro hac vice forthcoming)<br>601 Marshall Street<br>Redwood City, CA 94063<br>Tel. 650-752-3100<br>ACollVery@goodwinlaw.com<br><br>Hayes P. Hyde (pro hac vice forthcoming)<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Tel. 415-733-6000<br>HHyde@goodwinlaw.com<br><br>*Attorneys for Defendant Voicebox Technologies Corporation* |

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO RESPOND TO SECOND AMENDED COMPLAINT - 4
Case No. 2:20-cv-01029-RSL
999999.0040/8176052.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107