THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MEI-JUI LIN, DAVID PETERSON, for themselves and others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>MICHAEL KENNEWICK, an individual; RICHARD KENNEWICK, an individual; ROBERT KENNEWICK, an individual; ARNOLD GIA-SHUH JANG, an individual; and VOICEBOX TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>               Defendants. | Case No. 2:20-cv-01029-RSL<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT VOICEBOX TECHNOLOGIES CORPORATION'S TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO SECOND AMENDED COMPLAINT |

Pursuant to Fed. R. Civ. P. 6(b), plaintiffs MEI-JUI LIN and DAVID PETERSON ("Plaintiffs"), and defendant VOICEBOX TECHNOLOGIES CORPORATION, ("Voicebox" or "Defendant"), through their undersigned counsel, respectfully submit this Stipulation and Proposed Order:

## I.    <u>STIPULATION</u>

1.    This is a putative class action brought by Plaintiffs against Defendant and others asserting claims for breach of fiduciary duties and violation of the Washington State Securities Act and seeking various forms of relief.

2.    On or about August 27, 2020, Plaintiffs filed a Motion for Relief From Briefing Deadlines in Relation to Motions to Transfer and Dismiss. Dkt. No. 35.

3.    On or about September 4, 2020, the court granted the Motion for Relief From

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO
RESPOND TO SECOND AMENDED COMPLAINT - 1
Case No. 2:20-cv-01029-RSL
133397.0001/8187055.2

**LANE POWELL** pc
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

Briefing Deadlines in Relation to Motions to Transfer and Dismiss.  Dkt. No. 47.

4.    Given that a remand order would render any responsive pleading by Voicebox moot, and in the interest of judicial economy, Voicebox's counsel requested (and Plaintiffs' counsel agreed to) an extension of the current responsive pleading deadline up to and including the later of September 14, 2020, or three court days following the entry of the Court's Order on Plaintiffs' "Motion to Remand" (Dkt. No. 7).

5.    No party will be prejudiced by the stipulated-to extension of time.

6.    This is the second extension of the responsive pleading deadline sought by Defendant Voicebox.

It is, therefore, STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiffs and Defendant VoiceBox in the above-entitled action, that Defendant shall have up to and including the later of September 14, 2020, or three court days following entry of the Court's Order on Plaintiffs' Motion to Remand to answer or otherwise plead in response to the Second Amended Complaint in this action.

//

//

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO
RESPOND TO SECOND AMENDED COMPLAINT - 2
Case No. 2:20-cv-01029-RSL
133397.0001/8187055.2

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1

    DATED:  September 9, 2020

2

McNAUL EBEL NAWROT & HELGREN,    LANE POWELL PC
PLLC

3

  *s/ Curtis C. Isacke*                          *s/ John S. Devlin*

4

Gregory J. Hollon, WSBA No. 26311    John S. Devlin III, WSBA No. 23988
Curtis C. Isacke, WSBA No. 49303     Joseph D. Adamson, WSBA No. 54752

5

600 University Street, Suite 2700      1420 Fifth Ave., Suite 4200
Seattle, WA 98101                      Seattle, WA  98101

6

Tel.: (206) 467-1816               Tel.: 206.223.7000
Fax: (206) 624-5128              Fax: 206.223.7107

7

ghollon@mcnaul.com             devlinj@lanepowell.com
cisacke@mcnaul.com              adamsonj@lanepowell.com

8

*Attorneys for Plaintiffs Mei-Jui Lin and*    GOODWIN PROCTER, LLP
*David Peterson*

9

Alexis S. Coll-Very *(pro hac vice)*

10

601 Marshall Street
Redwood City, CA  94063

11

Tel. 650-752-3100
ACollVery@goodwinlaw.com

12

Hayes P. Hyde *(pro hac vice)*

13

Three Embarcadero Center
San Francisco, CA  94111

14

Tel. 415-733-6000
HHyde@goodwinlaw.com

15

*Attorneys for Defendant Voicebox Technologies*

16

*Corporation*

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO
RESPOND TO SECOND AMENDED COMPLAINT - 3
Case No. 2:20-cv-01029-RSL
133397.0001/8187055.2

## II.   ORDER

This matter having come before the Court on the Stipulation and joint request of the Parties and good cause having been shown, IT IS SO ORDERED that Defendant Voicebox Technologies Corporation shall have up to and including the later of September 14, 2020, or three court days following entry of the Court's Order on Plaintiffs' Motion to Remand to answer or otherwise plead in response to the Second Amended Complaint in this action.

DATED: _____September 10_____, 2020

_____

THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

McNAUL EBEL NAWROT & HELGREN, PLLC

LANE POWELL PC

*s/ Curtis C. Isacke*

*s/ John S. Devlin*

| | |
|---|---|
| Gregory J. Hollon, WSBA No. 26311 | John S. Devlin III, WSBA No. 23988 |
| Curtis C. Isacke, WSBA No. 49303 | Joseph D. Adamson, WSBA No. 54752 |
| 600 University Street, Suite 2700 | 1420 Fifth Ave., Suite 4200 |
| Seattle, WA 98101 | Seattle, WA  98101 |
| Tel.: (206) 467-1816 | Tel.: 206.223.7000 |
| Fax: (206) 624-5128 | Fax: 206.223.7107 |
| ghollon@mcnaul.com | devlinj@lanepowell.com |
| cisacke@mcnaul.com | adamsonj@lanepowell.com |

*Attorneys for Plaintiffs Mei-Jui Lin and David Peterson*

GOODWIN PROCTER, LLP

Alexis S. Coll-Very *(pro hac vice)*
601 Marshall Street
Redwood City, CA  94063
Tel. 650-752-3100
ACollVery@goodwinlaw.com

Hayes P. Hyde *(pro hac vice)*
Three Embarcadero Center
San Francisco, CA  94111
Tel. 415-733-6000
HHyde@goodwinlaw.com

*Attorneys for Defendant Voicebox Technologies Corporation*

STIPULATION AND ORDER EXTENDING VOICEBOX'S TIME TO
RESPOND TO SECOND AMENDED COMPLAINT - 4
Case No. 2:20-cv-01029-RSL
133397.0001/8187055.2